## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOAN M. TURNER, Guardianship of Maranda Perry, Incapacitated, | ) ) ) |  |
|  | ) |  |
| **Plaintiff,** | ) |  |
|  | ) |  |
| **v.** | ) | **Civil Action No. 16-10490-DJC** |
|  | ) |  |
| JORDAN HOSPITAL, aka BETH ISRAEL DEACONESS HOSPITAL, et al., | ) ) ) |  |
|  | ) |  |
| **Defendants.** | ) ) |  |

## FINAL ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated April 5, 2016, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

Date:   April 5, 2016

By the Court,

/s/ Lisa Hourihan
Deputy Clerk